IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL SANTIAGO,

    Petitioner,　　　　　　　　　No. 03-CIV-5548 ALA HC

vs.

DERREL ADAMS, Warden,

    Respondent.　　　　　　　　　ORDER
_____/

    Petitioner Gabriel Santiago is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254.  On May 20, 2003 the Court issued an order, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, directing Respondent to file either an answer to Mr. Santiago's petition or a motion to dismiss the petition.  (Doc. 9).  In response to that order, Respondent filed a document on August 18, 2003, entitled "Answer to Petition for Writ of Habeas Corpus."  (Doc. 13.)  Although titled as an "Answer," the document urges that "[Mr. Santiago's] petition for a writ of habeas corpus should be denied." *Id.* at 20; *see*

-1-

1 *also id.* at 3 ("Respondent respectfully submits that the petition for writ of habeas corpus must be
2 dismissed.")  It also contains a section entitled "Memorandum of Points and Authorities . . ." in
3 which Respondent sets forth substantive arguments on the merits of Petitioner's claims.

4     The document Respondent filed on August 18, 2003 appears to be neither an answer nor
5 a motion to dismiss.  An answer is not a proper vehicle by which to seek dismissal.  Respondent
6 should instead have requested dismissal by filing a motion to dismiss, which is a proper motion
7 in a § 2254 proceeding.  *White v. Lewis*, 874 F.2d 599, 602-03 (9th Cir. 1989).

8     For the foregoing reasons, IT IS HEREBY ORDERED that:

9     1.  Respondent shall file a properly-titled motion to dismiss, setting forth the arguments
10 contained in Respondent's "Answer to Petition for Writ of Habeas Corpus," on or before
11 October 10, 2007;

12     2. Petitioner shall file a response to Respondent's motion to dismiss on or before
13 October 31, 2007; and,

14     3. Respondent shall file a reply in support of its motion to dismiss on or before
15 November 14, 2007.

17 DATED: August 21, 2007

18                                                   /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT  JUDGE
19                                                   Sitting by Designation