IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL SANTIAGO,

    Petitioner,                   No. CIV 03-05548 ALA HC

    vs.

DERREL ADAMS, Warden

    Respondent.                <u>ORDER</u>

_____/

    Good cause appearing therefore the order dated August 23, 2007 is VACATED.

DATED: October 2, 2007

                                          <u>/s/ Arthur L. Alarcón</u>
                                          UNITED STATES CIRCUIT  JUDGE
                                          Sitting by Designation