IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL SANTIAGO,

    Petitioner,                   No. 03-CV-05548 ALA HC

  vs.

DERREL ADAMS, Warden

    Respondent.              <u>ORDER</u>

_____/

       Petitioner Gabriel Santiago, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 19, 2007, denial of his petition for a writ of habeas corpus. Before Petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

       For the reasons set forth in this court's November 19, 2007, order Petitioner has not made

1  a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of
2  appealability should not issue in this action.
3          IT IS SO ORDERED.
4  /////
5  DATED: December 5, 2007

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation